# ORIGINAL

## In the United States Court of Federal Claims

GLOBAL MILITARY MARKETING, INC.           )
                                          )
        Plaintiff,                        )
                                          )
v.                                        )
                                          )
UNITED STATES OF AMERICA;                 )
                                          )
CHARLES T. HAGEL, Secretary,              )     Case No:
United States Department of Defense,      )     Judge
                                          )
DEFENSE COMMISSARY AGENCY,                )
an executive agency of the                )
United States of America;                 )
                                          )
JOSEPH H. JEU, Chief Executive Officer of )
Defense Commissary Agency;                )
in his official capacity;                 )
                                          )
VICKI ARCHILETI, Executive Director,      )
Infrastructure Group,                     )
Defense Commissary Agency;                )
in her official capacity                  )
                                          )
                                          )
LARRY HAHN, Director of Acquisition Management, )
Defense Commissary                        )
Agency, in his official capacity; and     )
                                          )
KIMBERLY COOPER, Contracting Officer,     )
Defense Commissary Agency                 )
in her official capacity,                 )
                                          )
        Defendants.                       )

---

**COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF**

---

**FILED**

JUL 18 2014

U.S. COURT OF
FEDERAL CLAIMS

14 - 622 C

GLOBAL MILITARY MARKETING, INC., ("Global"), hereby sues the Defendants and alleges:

1.      This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1331, 28 U.S.C. § 1491; 28 U.S.C. § 2201 and § 2202; and the Administrative Procedure Act, 5 U.S.C. § 701 - § 706.  There is now between the above named parties an actual justiciable controversy.

2.      Global is a Florida corporation doing business in Gulf Breeze, Florida.

3.      DEFENSE COMMISSARY AGENCY is an executive agency of the UNITED STATES OF AMERICA, Department of Defense, headquartered in Fort Lee, Virginia, and responsible for managing commissary operations including purchasing and providing commissary supplies for military personnel and their dependents worldwide.

4.      KIMBERLY COOPER is a Contracting Officer with DeCA ("Contracting Officer") and is the procuring contracting officer of the solicitation at issue in this Complaint, Solicitation HDECO2-13-R-004 ("Fresh Pork Products").  Ms. Cooper is sued in her official capacity as contracting officer.

5.      The Contracting Officer reports to and is ultimately directed by the following superior executive officers: CHARLES T. HAGEL, Secretary, United States Department of Defense, JOSEPH H. JEU, Chief Executive Officer of Defense Commissary Agency; VICKI ARCHILETI, Executive Director, Infrastructure Group, Defense Commissary Agency; LARRY HAHN, Director of Acquisition Management, Defense Commissary Agency.

6.      The Contracting Officer and executive officers in her reporting chain set forth above are all sued in their official capacities.

7.      This Complaint protests the Contracting Officer's determination that Global's Response to solicitation may not be considered.

8.     Global submitted an offer for the Fresh Pork Products Solicitation and identified its Gulf Breeze, Florida facility as the site to perform the Fresh Pork Products Solicitation services. Global owns and operates the facility located in Gulf Breeze, Florida.

9.     Global submitted two complete proposals to the Defense Commissary Agency, but extreme weather conditions causing the Government to cease aviation operations delayed receipt of Global's submissions, and which resulted in the arrival of a backup proposal 40 minutes after the deadline, and the initially sent proposal arriving the following day.

10.     On April 29, 2014, Global tendered its response package to the courier – FedEx Airbill no. 8753 9557 5743 (marked "Priority overnight" for "next business morning" delivery) **(Exhibit A).**

11.     From April 29, 2014 to April 30, 2014, Gulf Breeze, Florida and the surrounding area experienced severe weather and flood levels and a state of emergency was declared in the panhandle of Florida **(Exhibit B)**, and in south Alabama **(Exhibit C)**. This extreme weather was grounds for declaring a Federal disaster **(Exhibit D)**.

12.     The storm that impacted Pensacola & Gulf Breeze was determined and classified as "100-year" Year storm, and was not predicted to be so severe as it became.

13.     The Federal Aviation Administration ("FAA") closed aviation operations in Pensacola and Mobile on April 29 and April 30 because of the declared local emergencies and the extreme weather conditions, also resulting in the closure of the ramp at the FedEx facility in Mobile, Alabama, and which closure was the immediate cause of the delay in the arrival of Global's proposal to DeCA.

14.     From April 29, 2014 to April 30, 2014, FedEx experienced delays due to severe weather conditions at the Mobile, AL ramp facility.  The severe weather resulted in the delay of

Global's package sent by air courier through FedEx. The delay was not caused by the commercial carrier FedEx or any other commercial means (**Exhibit E**).

15.     Global made diligent good faith efforts to submit its proposal in a timely manner, upon notice of the weather delays beyond their control.

16.     Upon learning of the delay caused by the weather, on April 30, 2014, Global made immediate efforts to arrange a substitute package for delivery of the response to solicitation.  With the FAA closing the Pensacola and surrounding airports, Global could not send personnel to board flights to hand deliver the completed Proposal to DeCA, which resulted in a contingency plan to have the submission files sent electronically and printed locally in Virginia for further hand delivery to DeCA.

17.     This contingency plan was delayed due to road closure due to flooding surrounding the Global corporate Office until 12:00 noon CST/ 1:00 EST (DeCA Time) on the 30th, preventing access to its facilities to prepare the back-up submission.

18.     Upon personnel being able to arriving at its offices at approximately 1:00 p.m. Eastern Time on April 30, Global arranged to email its electronic version of its proposal to a local Kinkos in Virginia to print, prepare and hand deliver the package as a backup.

19.     On April 30, 2014, the locally printed package arrived by hand delivery at DeCA 40 minutes after the deadline.  The following day, the weather-delayed air courier package arrived at DeCA by FedEx delivery.

20.     Global's delay in delivery was minor and did not prejudice any other party, or the Government.

21.     DeCA previously changed the due date for the proposals on five separate occasions and pushed back the submission deadline to fit its own schedule without prejudice to any party.

22.     Under FAR 52-212-1(b) & (f), 15.208(b) & (d) and 14.405, a Contracting officer may waive minor delays in delivery upon a showing of good cause.  Consequently, the Contracting Officer had authority to waive the minor delay in the receipt of Global's proposal.

23.     The FAA is part of the United States Government and part of the Government processes assuring normal interstate commerce.

24.     The FAA's processes were disrupted, causing receipt of Global's submission to be delayed.

25.     Under FAR 15.208(d), where an emergency interrupts Government processes in a way that proposals cannot be received by the deadline for solicitations, the time will be extended to the same time of day on the first work day on which normal Government processes resume. Thus, the submission deadline should have been extended by one day, and under the extended deadline, Global's submission arrived on time.

26.     The Contracting Officer's conclusion that Global's proposal may not be considered because it was received 40 minutes after the deadline contravenes FAR 52-212-1(b) & (f), and failed to give the extension contemplated therein.

27.     Under the circumstances, the Contracting Officer abused her discretion in refusing to consider and evaluate Global's proposal.

28.     Defendants' actions have materially prejudiced Global by denying it the right to contract for services.

29.     Global submitted its protest for Contracting Officer's decision and was denied (**Exhibit F**). This protest action is timely filed and all conditions precedent have been accomplished or otherwise have occurred or been waived.

30.     Global is in doubt as to its legal rights and seeks to have the Court declare its rights and responsibilities in light of the circumstances.

31.     Injunctive relief is appropriate because failure to consider Global's proposal will cause it irreparable harm that money damages cannot cure, and reduce the competitive nature of DeCA's procurement.

32.     Award has not been made and injunctive relief will not harm the Defendant, nor any other prospective offeror, and will ensure the integrity of the procurement process.

33.     Global lacks other adequate remedies at law and equity favors entry of injunctive relief.

34.     If Global prevails, it is entitled under the Equal Access to Justice Act, S U.S.C., §504 and 28 U.S.C. §2412 to recover its costs and attorney's expenses incurred in connection with this claim proceeding.

35.     Global has been required to retain the undersigned attorneys to prosecute this action on its behalf, and is obligated to pay them a reasonable fee for their efforts.

WHEREFORE, Global respectfully requests this Court to enter declaratory judgment finding that the refusal to consider Global's proposal was legally improper or an abuse of discretion, and for mandatory injunctive relief directing that Global's proposal be accepted for evaluation or, in lieu of such evaluation that the pending solicitation be cancelled and reissued for responses within 60 days.

Signed this 17th day of July, 2014.

George R. Mead, II
Florida Bar No. 096490
MOORE, HILL & WESTMORELAND
220 West Garden Street, 9th Floor
Pensacola, FL 32501
(850) 434-3541
(850) 435-7899 (fax)
emead@mhw-law.com
*Counsel for Global Military Marketing*

PULL AND RETAIN THIS COPY BEFORE AFFIXING TO THE PACKAGE. NO POUCH NEEDED.

MUR32

**FedEx** US Airbill
Express

FedEx Tracking Number: 8753 9557 5743

**1 From** Please print and press hard.

Date: 4/24/14

Sender's Name: Chad Bailey

Phone: (850) 574-4776

Company: GL OBAL MIL XXXX MARKET

Address: 1288 COUNTY x 98 E

City: GULF BREEZE   State: FL   ZIP: 32542-4200

**2 Your Internal Billing Reference**

**3 To**

Recipient's Name: DeFease Commissary Agency

Phone: (804) 734-5000

Company: Resale Contracting Directorate MPR

Address: 1300 E. Avenue

City: Ft Lee   State: VA   ZIP: 23801-1800

**4a Express Package Service**

☑ FedEx Priority Overnight
☐ FedEx Standard Overnight
☐ FedEx First Overnight

☐ FedEx 2Day
☐ FedEx Express Saver

**4b Express Freight Service**

☐ FedEx 1Day Freight
☐ FedEx 2Day Freight
☐ FedEx 3Day Freight

**5 Packaging**
☐ FedEx Envelope
☐ FedEx Pak
☑ FedEx Box
☐ FedEx Tube
☐ Other

**6 Special Handling and Delivery Signature Options**

☐ SATURDAY Delivery

☐ No Signature Required
☑ Direct Signature
☐ Indirect Signature

Does this shipment contain dangerous goods?
☑ No   ☐ Yes   ☐ Yes
☐ Dry Ice   ☐ Cargo Aircraft Only

**7 Payment** Bill to:

☑ Sender   ☐ Recipient   ☐ Third Party   ☐ Credit Card   ☐ Cash/Check

FedEx Acct No./Credit Card No.: 2020-2051-6

Total Packages: 1   Total Weight: 1   Total Declared Value: $ 1200

605

**Try FedEx® QuickShip at fedex.com**
Access the shipping tools you need directly from Microsoft® Office Outlook.®

EXHIBIT A

5/2/2014                                        Gov. Scott Declares State of Emergency for Heavy Rain Event



## Rick Scott
### 45th Governor of Florida

Home    Governor Scott ▾    First Lady Scott ▾    Lt. Gov. Lopez-Cantera ▾    Media ▾    Info Center ▾    Judicial    Contact ▾    Español

Gov. Scott Honors 101 Veterans with Governor's Veterans Service Award    Governor Rick Scott and Volunteer Florida Present Champion of Service Award to Shawn Shattuck

## Gov. Scott Declares State of Emergency for Heavy Rain Event

*On April 30, 2014, in News Releases, by Staff*

Today, Governor Rick Scott declared a state of emergency for 26 counties to support emergency response operations for communities inundated by heavy rains.

**Full Executive Order Below:**

STATE OF FLORIDA

**OFFICE OF THE GOVERNOR**

**EXECUTIVE ORDER NUMBER 14-144**

**(Emergency Management-Severe Weather and Flash Flooding)**

**WHEREAS,** between April 29 – April 30, a frontal system over Florida's Panhandle and Big Bend regions produced heavy rainfall in excess of ten inches in some areas;

**WHEREAS,** the National Weather Service issued Flood or Flash Flood Warnings or both for Escambia, Santa Rosa, Okaloosa, Walton, Holmes, Washington, Bay, Jackson, Calhoun, Gulf, Liberty, Franklin, Gadsden, Wakulla, Jefferson, Madison, Taylor, Hamilton, Suwannee, Lafayette, Dixie, Columbia, Gilchrist, Alachua, and Levy Counties;

**WHEREAS,** many Florida Panhandle rivers and streams are elevated as a result of heavy rainfall earlier this month;

**WHEREAS,** as a result of the recent rainfall, many Northwest and North Florida rivers are forecast to rise above flood stage and crest later in the week;

**WHEREAS,** some roadways are currently closed and it is anticipated that additional roadways along these rivers will be closed, traffic re-routed, and local evacuations may be necessary to protect residential communities along the waterways;

**WHEREAS,** as Governor, I am responsible to meet the dangers presented to this state and its people by this emergency; and,

**WHEREAS,** I am responsible for assisting the affected counties in recovering from these storms and to ensure that timely precautions are taken to protect these communities from the threat of additional severe weather in the coming days.

**NOW, THEREFORE, I, RICK SCOTT,** as Governor of Florida, by virtue of the authority vested in me by Article IV, Section 1(a) of the Florida Constitution and by the Florida Emergency Management Act, as amended, and all other applicable laws, promulgate the following Executive Order, to take immediate effect:

Section 1. Because of the foregoing conditions, I declare that a state of emergency exists in Escambia, Santa Rosa, Okaloosa, Walton, Holmes, Washington, Bay, Jackson, Calhoun, Gulf, Liberty, Franklin, Gadsden, Leon, Wakulla, Jefferson, Madison, Taylor, Hamilton, Suwannee, Lafayette, Dixie, Columbia, Gilchrist, Levy, and Alachua Counties.

Section 2. I designate the Director of the Division of Emergency Management as the State Coordinating Officer for the duration of this emergency and direct him to activate the State's Comprehensive Emergency Management Plan and other response, recovery, and mitigation plans necessary to cope with the emergency. Pursuant to section 252.36(1)(a), Florida Statutes, I delegate to the State Coordinating Officer the authority to exercise those powers delineated in sections 252.36(5)–(10), Florida Statutes, which he shall exercise as needed to meet this emergency, subject to the limitations of section 252.33, Florida Statutes. In exercising the powers delegated by this Order, the State Coordinating Officer shall confer with the Governor to the fullest extent practicable. The State Coordinating Officer shall also have the authority to:

1. Invoke and administer the Emergency Management Assistance Compact ("EMAC") (sections 252.921-.933, Florida Statutes) and other compacts and agreements existing between the State of Florida and other states, and the further authority to coordinate the allocation of resources from such other states that are made available to Florida under such compacts and agreements so as best to meet this emergency.
2. Seek direct assistance and enter into agreements with any and all agencies of the United States Government as may be needed to meet the emergency.
3. Direct all state, regional and local governmental agencies, including law enforcement agencies, to identify personnel needed from those agencies to assist in meeting the needs created by this emergency, and to place all such personnel under the direct command and coordination of the State Coordinating

EXHIBIT B

Officer to meet this emergency.

D. Designate Deputy State Coordinating Officers. The State Coordinating Officer shall have the authority to enter such orders as may be needed to implement any of the foregoing powers.

Section 3.  I order the Adjutant General to activate the Florida National Guard for the duration of this emergency, and I place the National Guard under the coordination and direction of the State Coordinating Officer for the duration of this emergency.

Section 4.  I also find that the special duties and responsibilities resting upon some State, regional, and local agencies and other governmental bodies in responding to the emergency may require them to waive or deviate from the statutes, rules, ordinances, and orders they administer. I delegate to the State and regional agencies the authority to waive or deviate from such statutes, rules, or agency orders to the extent that such actions are needed to cope with this emergency, including, but not limited to, any and all statutes, rules, orordersthat affect budgeting, leasing, printing, purchasing, travel, conditions of employment, and the compensation of employees. I delegate to county, regional, and local governmental agencies the authority to likewise waive or deviate from their respective rules, ordinances, or orders. Any waiver of or deviation from statutes, rules, ordinances, or orders shall be by emergency rule or order in accordance with sections 120.54(4) and 252.46, Florida Statutes, and shall expire in thirty days from the date of this Executive Order, unless extended by the agency in increments not exceeding thirty days, and in no event shall remain in effect beyond the earlier of the date of expiration of this Order, as extended, or ninety (90) days from the date of issuance of this Order. All governmental agencies exercising this authority in response to this emergency shall advise the State Coordinating Officer contemporaneously or as soon as is practicable.

Without limiting the generality of the foregoing, I order the following:

1.  I give all agencies whose employees are certified by the American Red Cross as disaster service volunteers within the meaning of Section 110.120(3), Florida Statutes, the authority to release any such employees for such service as requested by the Red Cross to meet this emergency.

2.  I authorizethe Department of Transportation (DOT) to waive the collection of tolls and other fees and charges for the use of the Turnpike and other public highways, to the extent such waiver may be needed to provide emergency assistance or facilitate the evacuation of the affected counties; to reverse the flow of traffic or close any and all highways and portions of highways as may be needed for the safe and efficient transportation of evacuees to those counties that the State Coordinating Officer may designate as destination counties for evacuees in this emergency; to suspend enforcement of the registration requirements pursuant to sections 316.545(4) and 320.0715, Florida Statutes, for commercial motor vehicles that enter Florida to provide emergency services or supplies, to transport emergency equipment, supplies or personnel, or to transport FEMA mobile homes or office style mobile homes into or from Florida; to waive the hours of service requirements for such vehicles; and to waive by special permit the warning signal requirements in the Utility Accommodations Manual to accommodate public utility companies from other jurisdictions which render assistance in restoring vital services. The DOT shall also have the authority to waive the size and weight restrictions for divisible loads on any vehicles transportingemergency equipment, services, supplies, or fallentimber for harvesting, allowing the establishment of alternate size and weight restrictions for all such vehicles for the duration of the emergency. In doing so, the DOT shall issue permits and such vehicles shall be subject to such special conditions as the DOT may endorse on any such permits. Nothing in this Executive Order shall be construed to allow any vehicle to exceed weight limits posted for bridges and like structures, or relieve any vehicle or the carrier, owner, or driver of any vehicle from compliance with any restrictions other than those specified in this Executive Order, or from any statute, rule, order, or other legal requirement not specifically waived herein or by supplemental order by the State Coordinating Officer;

3.  I authorize the Executive Director of the Department of Highway Safety and Motor Vehicles (DHSMV) to suspend the International Registration Plan requirements pursuant to section 320.0715, Florida Statutes, and the license fees or taxes imposed on vehicles pursuant to Chapter 207, Florida Statutes, as they relate to commercial motor vehicles that enter Florida to provide emergency assistance or services, or transport emergency equipment or personnel.Furthermore, the DHSMV shall have the discretion to waive fees for duplicate or replacement vehicle license plates, vehicle registration certificates, vehicle tag certificates, vehicle title certificates, handicapped parking permits, replacement drivers' licenses, and replacement identification cards and to waive the additional fees for the late renewal of or application for such licenses, certificates, and documents due to the effects of adverse weather conditions. In addition, the DHSMV is authorized to defer administrative actions and waive fees imposed by law for the late renewal or application for the above licenses, certificates, and documents, which were delayed due to the effects of adverse weather conditions, including in counties wherein the DHSMV has closed offices, or any office of the County Tax Collector that acts on behalf of the DHSMV to process renewals has closed offices due to adverse weather conditions. The DHSMV shall promptly notify the State Coordinating Officer when the waiver is no longer necessary.

4.  In accordance with section 465.0275, Florida Statutes, pharmacists are authorized to dispense up to a 30-day emergency prescription refill of maintenance medication to persons who reside in an area or county covered under this Executive Order and to emergency personnel who have been activated by their state and local agency but who do not reside in an area or county covered by this Executive Order.

5.  I give all State agency heads the authority to suspend the effect of any statute, rule, ordinance,or order, to the extent needed to procure any and all necessary supplies, commodities, services, temporary premises, and other resources, including, but not limited to, any and all statutes, rules, ordinances,or orders which affect budgeting, leasing, printing, purchasing, travel, and the condition of employment and the compensation of employees, but not limited to,  any statute, rule, ordinance, or order shall be suspended only to the extent necessary to ensure the timely performance of disaster response functions as prescribed in the State Comprehensive Management Plan, or as directed by the State Coordinating Officer. Any waiver of statutes, rules, ordinances, or orders shall be by emergency rule or order in accordance with sections 120.54(4) and 252.46, Florida Statutes, and shall expire in thirty days from the date of this Executive Order, unless extended in increments of no more than thirty days by the agency, and in no event shall remain in effect beyond the earlier of the date of expiration of this Order, as extended, or ninety (90) days from the date of issuance of this Order.

6.  I give all State agency heads responsible for the use of State buildings and facilities the authority to close such buildings and facilities in those portions of the State affected by this emergency, to the extent to meet this emergency;

7.  I give all State agency heads the authority to abrogate the time requirements, notice requirements, and deadlines for final action on applications for permits, licenses, rates, and other approvals under any statutes or rules under which such application are deemed to be approved unless disapproved in writing by specified deadlines, and all such time requirements that have not yet expired as of the date of this Executive Order are suspended and tolled

to the extent needed to meet this emergency.

Section 5.  All public facilities, including elementary and secondary schools, community colleges, state universities, and other facilities owned or leased by the state, regional or local governments that are suitable for use as public shelters shall be made available at the request of the local emergency management agencies to ensure the proper reception and care of all evacuees.

Section 6.  I find that the demands placed upon the funds appropriated to the agencies of the State of Florida and to local agencies are unreasonably great and may be inadequate to pay the costs of coping with this disaster.  In accordance with section 252.37(2), Florida Statutes, I direct that sufficient funds be made available, as needed, by transferring and expending moneys appropriated for other purposes, moneys from unappropriated surplus funds, or from the Budget Stabilization Fund.

Section 7.  All State agencies entering emergency final orders or other final actions in response to this emergency shall advise the State Coordinating Officer contemporaneously or as soon as practicable.

Section 8.  Medical professionals and workers, social workers, and counselors with good and valid professional licenses issued by states other than the State of Florida may render such services in Florida during this emergency for persons affected by this emergency with the condition that such services be rendered to such persons free of charge, and with the further condition that such services be rendered under the auspices of the American Red Cross or the Florida Department of Health.

Section 9.  Pursuant to section 501.160, Florida Statutes, it is unlawful and a violation of section 501.204 for a person to rent or sell or offer to rent or sell at an unconscionable price within the area for which the state of emergency is declared, any essential commodity including, but not limited to, supplies, services, provisions, or equipment that is necessary for consumption or use as a direct result of the emergency.

Section 10.  All actions taken by the Director of the Division of Emergency Management with respect to this emergency before the issuance of this Executive Order are ratified.  This Executive Order shall expire sixty days from this date unless extended.


IN TESTIMONY WHEREOF, I have hereunto set my hand and caused the Great Seal of the State of Florida to be affixed, at Tallahassee, this 30th day of April, 2014.


RICK SCOTT, GOVERNOR

ATTEST:

_____



Comments are closed.

| Google search | |
| --- | --- |



EXHIBIT B

5/2/2014                                              Gov. Scott Declares State of Emergency for Heavy Rain Event



**Contact Governor Scott**

Executive Office of Governor Rick Scott
400 S Monroe St
Tallahassee, FL 32399
(850) 488-7146

Click Here to Email Governor Scott

Click Here to Email Lt. Governor Lopez-Cantera

Information Center

Scheduling Requests

Sign up for Governor Rick Scott's
Weekly Newsletter

* Email

First Name

Last Name

* = Required Field

Submit







5/2/2014                          Gov. Scott Declares State of Emergency for Heavy Rain Event





Under Florida law, e-mail addresses are public records. If you do not want your e-mail address released in response to a public records request, do not send electronic mail to this entity. Instead, contact this office by phone or in writing. Copyright © 2012 State of Florida | Privacy Policy

Go To Top »

| Home | First Lady | Media Center | Information Center | Contact |
|------|-----------|--------------|--------------------|---------|
| Governor Scott | Meet First Lady | Media Inquiries | Project Sunburst | Contact Governor |
| Biography | Follow First Lady | News Releases Archive | Notary Resources | Governor's Office Contacts |
| Photo of Governor | Photos | Governor's OP-EDS | Helpful Information | |
| Schedule | Explore Adoption | Bill Action | Efficiency Task Force | |
| Scheduling Request | | Budget FY | MyFlorida.com | |
| Fact Check | | Schedule | Open Government | |
| Contact | | Recent Appointments | Internships | |
| | | Workdays | Executive Orders | |
| | | Radio Address | Requested Documents | |
| | | Executive Orders | Citizens Safety | |
| | | Request a Public Record | Report Waste, Fraud, and Abuse | |
| | | Gubernatorial Appointments | | |

  

EXHIBIT B

# President Declares Disaster for Alabama

**Release date:** MAY 2, 2014



...ency Management Agency announced that federal disaster aid has been made available to the State of Alabama and ordered federal aid to supplement state and local recovery efforts in the area affected by severe storms, tornadoes, straight-line winds and flooding on April 28, 2014 and continuing.

The President's action makes federal funding available to affected individuals in Baldwin, Jefferson, Lee, and Limestone counties.

Assistance can include grants for temporary housing and home repairs, low-cost loans to cover uninsured property losses, and other programs to help individuals and business owners recover from the effects of the disaster.

Federal funding is also available to state and eligible local governments and certain private nonprofit organizations on a cost-sharing basis for debris removal and emergency work for damage from the severe storms, tornadoes, straight-line winds and flooding in Baldwin, Jefferson, Lee, Limestone and Mobile counties.

Federal funding is available on a cost-sharing basis for hazard mitigation measures statewide.

Albert Lewis has been named as the Federal Coordinating Officer for federal recovery operations in the affected area. Lewis said that damage surveys are continuing in other areas, and more counties and additional forms of assistance may be designated after the assessments are fully completed.

Individuals and business owners who sustained losses in the designated area can begin applying for assistance by registering online at www.DisasterAssistance.gov or by calling 1-800-621-FEMA (3362) or by using a web enabled mobile device at m.fema.gov. Disaster assistance applicants, who have a speech disability or hearing loss and use TTY, should call 1-800-462-7585 directly; for those who use 711 or Video Relay Service (VRS), call 1-800-621-3362. The toll-free telephone numbers will operate from 6 a.m. to 10 p.m. (local time) seven days a week until further notice.

*Follow FEMA online at www.fema.gov/blog, www.twitter.com/fema, www.facebook.com/fema, and www.youtube.com/fema. Also, follow Administrator Craig Fugate's activities at www.twitter.com/craigatfema.*

*The social media links provided are for reference only. FEMA does not endorse any non-government*

*websites, companies or applications.*

*FEMA's mission is to support our citizens and first responders to ensure that as a nation we work together to build, sustain, and improve our capability to prepare for, protect against, respond to, recover from, and mitigate all hazards.*

**Related Content:**

Federal Aid Programs for State of Alabama Disaster Recovery

**Last Updated:** May 3, 2014 - 00:06

**State/Tribal Government or Region:** Alabama

**Related Disaster:** Alabama Severe Storms, Tornadoes, Straight-line Winds, and Flooding

This is Google's cache of http://forecast.weather.gov/wwamap/wwatxtget.php?
cwa=tae&wwa=flash%20flood%20watch. It is a snapshot of the page as it appeared on Apr 29, 2014 12:12:48
GMT. The current page could have changed in the meantime. Learn more
Tip: To quickly find your search term on this page, press **Ctrl+F** or ⌘-**F** (Mac) and use the find bar.

Text-only version

# National Weather Service

# Watches, Warnings & Advisories

## Flash Flood Watch

```
FLOOD WATCH
NATIONAL WEATHER SERVICE TALLAHASSEE FL
123 AM EDT TUE APR 29 2014

...THUNDERSTORMS ARRIVING EARLY THIS MORNING AND LINGERING TO
WEDNESDAY MAY PRODUCE VERY HEAVY RAINFALL AND SOME FLASH
FLOODING...

.THUNDERSTORMS WILL ARRIVE IN PARTS OF SOUTHEAST ALABAMA...THE
FLORIDA PANHANDLE...AND SOUTHWEST GEORGIA EARLY THIS MORNING.
THESE THUNDERSTORMS MAY PRODUCE VERY HEAVY RAINFALL RATES...SUCH
AS SEVERAL INCHES OF RAIN IN AN HOUR OR TWO...THAT COULD PRODUCE
FLASH FLOODING. THUNDERSTORM CHANCES WILL LINGER INTO
WEDNESDAY...WITH MORE HEAVY RAINFALL POSSIBLY LEADING TO
ADDITIONAL AREAS OF FLOODING. THE RECENT WET PATTERN ACROSS THE
REGION HAS LEFT SOIL MOISTURE LEVELS AND WATER TABLES VERY
ELEVATED...SO THE AREA IN GENERAL IS MORE SUSCEPTIBLE TO FLASH
FLOODING THAN NORMAL.

ALZ065>069-FLZ007>014-016-026-108-112-114-GAZ120>124-142>144-155-
156-292000-
/O.EXT.KTAE.FF.A.0006.140429T0800Z-140501T0000Z/
/00000.0.ER.000000T0000Z.000000T0000Z.000000T0000Z.OO/
COFFEE-DALE-HENRY-GENEVA-HOUSTON-INLAND WALTON-CENTRAL WALTON-
HOLMES-WASHINGTON-JACKSON-INLAND BAY-CALHOUN-INLAND GULF-GADSDEN-
LIBERTY-SOUTH WALTON-COASTAL BAY-COASTAL GULF-QUITMAN-CLAY-
RANDOLPH-TERRELL-EARLY-MILLER-BAKER-SEMINOLE-DECATUR-
INCLUDING THE CITIES OF...ENTERPRISE...OZARK...FORT RUCKER...
DALEVILLE...HEADLAND...ABBEVILLE...GENEVA...HARTFORD...SAMSON...
SLOCOMB...MALVERN...TAYLOR...ASHFORD...DOTHAN...KINSEY...
COWARTS...WEBB...COTTONWOOD...REHOBETH...DE FUNIAK SPRINGS...
HUDSON...BONIFAY...CRYSTAL LAKE...CHIPLEY...FIVE POINTS...
MARIANNA...GRACEVILLE...MALONE...SNEADS...YOUNGSTOWN...
BLOUNTSTOWN...WHITE CITY...WEWAHITCHKA...QUINCY...CHATTAHOOCHEE...
SWEETWATER...FREEPORT...SANTA ROSA BEACH...PANAMA CITY...PARKER...
```

EXHIBIT D

```
PORT SAINT JOE...GEORGETOWN...FORT GAINES...CUTHBERT...SHELLMAN...
ARLINGTON...MORGAN...EDISON...LEARY...DAWSON...DOUGLASVILLE...
BLAKELY...COLQUITT...NEWTON...DONALSONVILLE...BAINBRIDGE
123 AM EDT TUE APR 29 2014 /1223 AM CDT TUE APR 29 2014/

...FLASH FLOOD WATCH NOW IN EFFECT THROUGH WEDNESDAY EVENING...

THE FLASH FLOOD WATCH IS NOW IN EFFECT FOR

* PORTIONS OF SOUTHEAST ALABAMA...THE FLORIDA PANHANDLE...AND FAR
  SOUTHWEST GEORGIA.

* THROUGH WEDNESDAY EVENING

* THUNDERSTORMS MAY PRODUCE VERY HEAVY RAINFALL RATES AROUND OR IN
  EXCESS OF 2 INCHES PER HOUR. ISOLATED RAINFALL TOTALS BY
  WEDNESDAY EVENING COULD EXCEED 8 INCHES. THIS COULD LEAD TO SOME
  AREAS OF FLASH FLOODING. THE RECENT WET PATTERN AND HIGHER SOIL
  MOISTURE MAY MAKE THE AREA MORE PRONE TO FLOODING.

* IN THE ISOLATED AREAS WHERE EXCESSIVE RAINFALL TOTALS OF OVER 8
  INCHES OCCUR...MORE SIGNIFICANT AND WIDESPREAD FLASH FLOODING
  COULD OCCUR.

PRECAUTIONARY/PREPAREDNESS ACTIONS...

A FLASH FLOOD WATCH MEANS THAT CONDITIONS MAY DEVELOP THAT LEAD
TO FLASH FLOODING. FLASH FLOODING IS A VERY DANGEROUS SITUATION.

YOU SHOULD MONITOR LATER FORECASTS AND BE PREPARED TO TAKE ACTION
SHOULD FLASH FLOOD WARNINGS BE ISSUED.

&&

$$

08-LAMERS
```

---

```
FLOOD WATCH
NATIONAL WEATHER SERVICE TALLAHASSEE FL
123 AM EDT TUE APR 29 2014

...THUNDERSTORMS ARRIVING EARLY THIS MORNING AND LINGERING TO
WEDNESDAY MAY PRODUCE VERY HEAVY RAINFALL AND SOME FLASH
FLOODING...

.THUNDERSTORMS WILL ARRIVE IN PARTS OF SOUTHEAST ALABAMA...THE
FLORIDA PANHANDLE...AND SOUTHWEST GEORGIA EARLY THIS MORNING.
THESE THUNDERSTORMS MAY PRODUCE VERY HEAVY RAINFALL RATES...SUCH
AS SEVERAL INCHES OF RAIN IN AN HOUR OR TWO...THAT COULD PRODUCE
FLASH FLOODING. THUNDERSTORM CHANCES WILL LINGER INTO
WEDNESDAY...WITH MORE HEAVY RAINFALL POSSIBLY LEADING TO
ADDITIONAL AREAS OF FLOODING. THE RECENT WET PATTERN ACROSS THE
REGION HAS LEFT SOIL MOISTURE LEVELS AND WATER TABLES VERY
```

EXHIBIT D

```
ELEVATED...SO THE AREA IN GENERAL IS MORE SUSCEPTIBLE TO FLASH
FLOODING THAN NORMAL.


FLZ015-017-027-115-127-GAZ125>131-145-146-157-158-292000-
/O.EXB.KTAE.FF.A.0006.140429T0800Z-140501T0000Z/
/00000.0.ER.000000T0000Z.000000T0000Z.000000T0000Z.OO/
INLAND FRANKLIN-LEON-INLAND WAKULLA-COASTAL FRANKLIN-
COASTAL WAKULLA-DOUGHERTY-LEE-WORTH-TURNER-TIFT-BEN HILL-IRWIN-
MITCHELL-COLQUITT-GRADY-THOMAS-
INCLUDING THE CITIES OF...TALLAHASSEE...SPRING HILL...
CRAWFORDVILLE...APALACHICOLA...CARRABELLE...SOPCHOPPY...
SAINT MARKS...ALBANY...LEESBURG...SMITHVILLE...SYLVESTER...
ASHBURN...TIFTON...FITZGERALD...OCILLA...CAMILLA...PELHAM...
MOULTRIE...CAIRO...THOMASVILLE
123 AM EDT TUE APR 29 2014


...FLASH FLOOD WATCH IN EFFECT THROUGH WEDNESDAY EVENING...

THE NATIONAL WEATHER SERVICE IN TALLAHASSEE HAS EXPANDED THE

* FLASH FLOOD WATCH TO INCLUDE PORTIONS OF SOUTHWEST GEORGIA AND
  THE FLORIDA BIG BEND INCLUDING THESE COUNTIES...IN FLORIDA...
  FRANKLIN...WAKULLA...AND LEON. IN GEORGIA...BEN HILL...
  COLQUITT...DOUGHERTY...GRADY...IRWIN...LEE...MITCHELL...
  THOMAS...TIFT...TURNER AND WORTH.

* THROUGH WEDNESDAY EVENING

* THUNDERSTORMS MAY PRODUCE VERY HEAVY RAINFALL RATES AROUND OR IN
  EXCESS OF 2 INCHES PER HOUR. ISOLATED RAINFALL TOTALS BY
  WEDNESDAY EVENING COULD EXCEED 8 INCHES. THIS COULD LEAD TO SOME
  AREAS OF FLASH FLOODING. THE RECENT WET PATTERN AND HIGHER SOIL
  MOISTURE MAY MAKE THE AREA MORE PRONE TO FLOODING.


PRECAUTIONARY/PREPAREDNESS ACTIONS...

A FLASH FLOOD WATCH MEANS THAT CONDITIONS MAY DEVELOP THAT LEAD
TO FLASH FLOODING. FLASH FLOODING IS A VERY DANGEROUS SITUATION.

YOU SHOULD MONITOR LATER FORECASTS AND BE PREPARED TO TAKE ACTION
SHOULD FLASH FLOOD WARNINGS BE ISSUED.

&&

$$
```

---

```
FLOOD WATCH
NATIONAL WEATHER SERVICE BIRMINGHAM AL
324 AM CDT TUE APR 29 2014

...PERIODS OF HEAVY RAINFALL WILL BRING A THREAT FOR FLOODING
ACROSS CENTRAL ALABAMA THROUGH WEDNESDAY MORNING...
```

EXHIBIT D

```
ALZ011>015-017>050-300000-
/O.CON.KBMX.FF.A.0003.000000T0000Z-140430T1200Z/
/00000.0.ER.000000T0000Z.000000T0000Z.000000T0000Z.OO/
MARION-LAMAR-FAYETTE-WINSTON-WALKER-BLOUNT-ETOWAH-CALHOUN-
CHEROKEE-CLEBURNE-PICKENS-TUSCALOOSA-JEFFERSON-SHELBY-ST. CLAIR-
TALLADEGA-CLAY-RANDOLPH-SUMTER-GREENE-HALE-PERRY-BIBB-CHILTON-
COOSA-TALLAPOOSA-CHAMBERS-MARENGO-DALLAS-AUTAUGA-LOWNDES-ELMORE-
MONTGOMERY-MACON-BULLOCK-LEE-RUSSELL-PIKE-BARBOUR-
INCLUDING THE CITIES OF...HAMILTON...SULLIGENT...VERNON...
FAYETTE...DOUBLE SPRINGS...JASPER...ONEONTA...GADSDEN...
ANNISTON...CENTRE...HEFLIN...CARROLLTON...TUSCALOOSA...
BIRMINGHAM...HOOVER...COLUMBIANA...PELHAM...ALABASTER...
PELL CITY...MOODY...TALLADEGA...SYLACAUGA...ASHLAND...ROANOKE...
LIVINGSTON...EUTAW...GREENSBORO...MOUNDVILLE...MARION...
CENTREVILLE...CLANTON...ROCKFORD...ALEXANDER CITY...DADEVILLE...
VALLEY...LANETT...LAFAYETTE...DEMOPOLIS...LINDEN...SELMA...
PRATTVILLE...FORT DEPOSIT...HAYNEVILLE...WETUMPKA...TALLASSEE...
MONTGOMERY...TUSKEGEE...UNION SPRINGS...AUBURN...OPELIKA...
PHENIX CITY...TROY...EUFAULA
324 AM CDT TUE APR 29 2014


...FLASH FLOOD WATCH REMAINS IN EFFECT THROUGH WEDNESDAY
MORNING...

THE FLASH FLOOD WATCH CONTINUES FOR

* ALL OF CENTRAL ALABAMA.

* THROUGH WEDNESDAY MORNING.

* ADDITIONAL RAINFALL OF 1 TO 3 INCHES WILL BE POSSIBLE TODAY AND
  TONIGHT ON TOP OF WHAT HAS ALREADY FALLEN...WITH LOCALIZED
  HIGHER AMOUNTS POSSIBLE.

* THE ACCUMULATED RAINFALL EXPECTED WITH THIS SYSTEM WILL BE
  ENOUGH TO AGGRAVATE SOME RIVERS AND STREAMS THAT ARE ALREADY
  RUNNING ABOVE NORMAL...AND SOME RIVERS ARE FORECAST TO REACH
  STAGES OF MINOR FLOODING. ROADWAYS IN LOW LYING AREAS WILL
  LIKELY FLOOD...ESPECIALLY ROADS THAT ARE CLOSE TO CREEKS AND
  STREAMS. PONDING OF WATER WILL BE LIKELY IN URBAN AREAS WHERE
  POOR DRAINAGE EXISTS.

PRECAUTIONARY/PREPAREDNESS ACTIONS...

A FLASH FLOOD WATCH MEANS THAT CONDITIONS MAY DEVELOP THAT LEAD
TO FLASH FLOODING. FLASH FLOODING IS A VERY DANGEROUS SITUATION.

YOU SHOULD MONITOR LATER FORECASTS AND BE PREPARED TO TAKE ACTION
SHOULD FLASH FLOOD WARNINGS BE ISSUED.

&&

$$
```

EXHIBIT D

National Weather Service Watch Warning Advisory Summary

```
FLOOD WATCH
NATIONAL WEATHER SERVICE MOBILE AL
1206 AM CDT TUE APR 29 2014

...FLASH FLOOD WATCH REMAINS IN EFFECT THROUGH WEDNESDAY
MORNING...

.A LARGE LOW PRESSURE SYSTEM OVER THE CENTRAL PLAINS WILL
MAINTAIN A WARM...MOIST AND UNSTABLE ENVIRONMENT OVER THE GULF
COAST THROUGH EARLY WEDNESDAY MORNING. THE PASSAGE OF A SERIES OF
UPPER LEVEL DISTURBANCES IS FORECAST. THE FIRST WILL BRING
ORGANIZED SHOWERS AND THUNDERSTORMS CONTAINING HEAVY RAINFALL
EASTWARD ACROSS THE AREA TONIGHT. ANOTHER UPPER LEVEL DISTURBANCE
WILL SPREAD EASTWARD OUT OF TEXAS ON TUESDAY. THIS SYSTEM WHEN
COMBINED WITH A SLOW EASTWARD MOVING COLD FRONT WILL INTERACT
WITH DEEP GULF MOISTURE FAVORING MORE HEAVY RAINS TUESDAY INTO
TUESDAY NIGHT. MUCH OF THE CENTRAL GULF COAST HAS SEEN 200 TO
600 PERCENT OF NORMAL RAINFALL FOR APRIL AND ADDITIONAL HEAVY
RAINS ON RAIN SOAKED GROUND WILL LIKELY LEAD TO FLOODING
PROBLEMS.

ALZ051>064-FLZ001>006-MSZ067-075-076-078-079-291315-
/O.CON.KMOB.FF.A.0007.000000T0000Z-140430T1200Z/
/00000.0.ER.000000T0000Z.000000T0000Z.000000T0000Z.OO/
CHOCTAW-WASHINGTON-CLARKE-WILCOX-MONROE-CONECUH-BUTLER-CRENSHAW-
ESCAMBIA-COVINGTON-UPPER MOBILE-UPPER BALDWIN-LOWER MOBILE-
LOWER BALDWIN-INLAND ESCAMBIA-COASTAL ESCAMBIA-INLAND SANTA ROSA-
COASTAL SANTA ROSA-INLAND OKALOOSA-COASTAL OKALOOSA-WAYNE-PERRY-
GREENE-STONE-GEORGE-
INCLUDING THE CITIES OF...BUTLER...LISMAN...SILAS...CHATOM...
MILLRY...JACKSON...THOMASVILLE...GROVE HILL...CAMDEN...
PINE HILL...HOMEWOOD...MONROEVILLE...EVERGREEN...GREENVILLE...
LUVERNE...BRANTLEY...ATMORE...BREWTON...EAST BREWTON...
ANDALUSIA...OPP...MOBILE...PRICHARD...SARALAND...BAY MINETTE...
TILLMANS CORNER...THEODORE...DAPHNE...FAIRHOPE...FOLEY...
SPANISH FORT...CENTURY...FLOMATON...MOLINO...FERRY PASS...BRENT...
WEST PENSACOLA...BELLVIEW...ENSLEY...MYRTLE GROVE...JAY...PACE...
MILTON...CRESTVIEW...WRIGHT...NICEVILLE...SEMINOLE...EGLIN AFB...
WAYNESBORO...RICHTON...BEAUMONT...NEW AUGUSTA...LEAKESVILLE...
MCLAIN...WIGGINS...LUCEDALE
1206 AM CDT TUE APR 29 2014

...FLASH FLOOD WATCH REMAINS IN EFFECT THROUGH WEDNESDAY
MORNING...

THE FLASH FLOOD WATCH CONTINUES FOR

* PORTIONS OF ALABAMA...NORTHWEST FLORIDA AND SOUTHEAST
  MISSISSIPPI...INCLUDING THE FOLLOWING AREAS...IN ALABAMA...
  BUTLER...CHOCTAW...CLARKE...CONECUH...COVINGTON...CRENSHAW...
  ESCAMBIA...LOWER BALDWIN...LOWER MOBILE...MONROE...UPPER
  BALDWIN...UPPER MOBILE...WASHINGTON AND WILCOX. IN NORTHWEST
  FLORIDA...COASTAL ESCAMBIA...COASTAL OKALOOSA...COASTAL SANTA
  ROSA...INLAND ESCAMBIA...INLAND OKALOOSA AND INLAND SANTA
```

EXHIBIT D

ROSA. IN SOUTHEAST MISSISSIPPI...GEORGE...GREENE...PERRY...
STONE AND WAYNE.

* THROUGH WEDNESDAY MORNING

* 2 TO 4 INCHES OF ADDITIONAL RAINFALL IS FORECAST OVER THE
  CENTRAL GULF COAST. AMOUNTS CAN BE EASILY DOUBLED IN THE CASE
  OF STORMS MOVING REPEATEDLY OVER THE SAME AREAS. THERE IS A
  MODERATE RISK THAT RAINS WILL EXCEED FLASH FLOOD GUIDANCE
  THROUGH THE PERIOD.

* WITH THE SOIL MOISTURE LEVELS REMAINING HIGH FROM EXCESSIVE
  RAINFALL AS THE RESULT OF THE PASSAGE OF RECENT WEATHER
  SYSTEMS THIS MONTH...THE RISK OF FLOODING IS ELEVATED.

PRECAUTIONARY/PREPAREDNESS ACTIONS...

A FLASH FLOOD WATCH MEANS THAT CONDITIONS MAY DEVELOP THAT LEAD
TO FLASH FLOODING. FLASH FLOODING IS A VERY DANGEROUS SITUATION.

YOU SHOULD MONITOR LATER FORECASTS AND BE PREPARED TO TAKE ACTION
SHOULD FLASH FLOOD WARNINGS BE ISSUED.

&&

$$

EXHIBIT D

**National Weather Service Weather Forecast Office**
# Mobile/Pensacola

### North Central Gulf Coast Historic Flash Flood Event – 29-30 April 2014

A historic rainfall event (see Fig. 1) developed ahead of a slow moving cold front on Tuesday evening, 29 April 2014 over portions of coastal Alabama and the western Florida Panhandle. The cold front was associated with a very powerful low pressure system in the Plains. The widespread flooding produced sinkholes (some very large and deep), cut roads in half and necessitated human water rescues (one confirmed fatality). Parts of I-10 were closed. The Fish River at Silver Hill (Baldwin County Alabama) peaked at a record high level of 23.18 feet (previous historical record was 22.76 feet on 20 July 1997). Many folks throughout the area have compared this event to the extreme flooding impacts caused by Hurricane Danny (1997).

The rainfall totals below were contributed to by two predominant rounds of storms, the first occurred Monday night 28 April and into the early morning hours of Tuesday 29 April when significant flash flooding occurred over coastal Alabama and the western Florida Panhandle. Some 3-8" occurred in association with the first event ending 7 AM CDT Tuesday 29 April. The second and more significant event occurred during the evening hours of Tuesday 29 April over Mobile and Baldwin counties of Alabama and the western most three counties of the NW FL Panhandle into early morning hours Wednesday 30 April. In the latter, some 10-15" fell in a very short time period (estimated 9 hours preliminarily) and caused disastrous flooding throughout southern Baldwin County of Alabama and Escambia, Santa Rosa and Okaloosa counties of the western Florida Panhandle. Figures 2-4 show how the rain fell over time. CoCoRaHS gauge reports are included in Tables 1-8 below.

Also of note, the official NWS reporting sites at Mobile Regional Airport (MOB) and Pensacola Regional Airport (PNS) received some record rainfall amounts for 29 April. MOB saw 11.24" during the calendar day. This is their 3rd greatest calendar day total on record. Data here goes back to 1871. PNS recorded an estimated 15.55". Data were lost due to power outage between 10-11 PM CDT, so amounts were estimated using Dual Pol radar precipitation estimates. This is their greatest calendar day total on record. PNS rainfall data goes back to 1879. Of interest in the PNS total is the 5.68" that fell in 1 hour between 02Z-03Z. A quick peek of the NOAA HDSC Precipitation Frequency map shows this to be a 1 in 200 year to 1 in 500 year 1 hourly amount. The 24 hour amount is between a 1 in 50 and 1 in 100 year event. The Mobile 24 hour total is about a 1 in 25 year event.

Of significance, the two day estimated total for Pensacola of 20.47" lies between a 1 in 100 to 1 in 200 year event.

Finally and although not shown, it is worth mentioning that leading into the event, rainfall totals for the past two weeks and 30 days prior to the occurrence of this event that rainfall totals were 200-600% of normal according to 30 year PRISM Data.

Figure 1 - Radar estimated event rainfall totals (in.) between 848 PM CDT Mon., 28 April – 920 AM CDT Wed., 30 April. See scale on top.

EXHIBIT D



**How did the Rain Fall over Time?** Below is the radar-estimated depiction of how the historic rains fell over time.

**Figure 2** - Radar estimated event rainfall (in.) totals between 9 AM CDT Mon., 28 April – 9 AM CDT Wed., 30 April. Scale on right.



**Figure 3** - Radar estimated event rainfall (in.) totals between 9 AM CDT Mon., 28 April – 9 AM CDT Wed., 30 April. Scale on right.



**Figure 4 - Radar estimated event rainfall (in.) totals between 9 PM CDT Tue., 28 April – 9 AM CDT Wed., 30 April. Scale on right.**



Two day CoCoRaHS Rainfall Reports (by State to include Coastal SW AL, NW FL and SE MS)– All reports ending times vary. Data from 28-30 April, 2014.

**Table 1 – SW Alabama - Mobile County**

EXHIBIT D

North Central Gulf Coast Historic Flash Flood Event – 29-30 April 2014

| Station Number | Station Name | Daily Precip Sum in. | Multi-Day Precip in. | Total Precip in. ▾ |
|---|---|---|---|---|
| AL-MB-50 | Mobile 5.1 S | 17.20 | | 17.20 |
| AL-MB-49 | Mobile 1.2 WSW | 14.04 | | 14.04 |
| AL-MB-16 | Mobile 4.4 WNW | 14.00 | | 14.00 |
| AL-MB-35 | Mobile 7.4 W | 13.54 | | 13.54 |
| AL-MB-1 | Tillmans Corner 4.3 WNW | 13.29 | | 13.29 |
| AL-MB-59 | Theodore 4.1 WNW | 13.10 | | 13.10 |
| AL-MB-60 | Mobile 10.2 WSW | 12.98 | | 12.98 |
| AL-MB-44 | Mobile 1.8 W | 12.88 | | 12.88 |
| AL-MB-10 | Mobile 11.4 WSW | 12.85 | 0.00 | 12.85 |
| AL-MB-4 | Mobile 2.6 WNW | 12.30 | | 12.30 |
| AL-MB-63 | Tillmans Corner 8.7 WNW | 12.09 | | 12.09 |
| AL-MB-41 | Theodore 8.0 SSE | 11.22 | | 11.22 |
| AL-MB-32 | Grand Bay 3.1 NNE | 10.83 | | 10.83 |
| AL-MB-67 | Dauphin Island 2.2 E | 9.18 | | 9.18 |
| AL-MB-24 | Wilmer 7.9 SE | 6.22 | | 6.22 |
| AL-MB-62 | Mount Vernon 0.4 NE | 5.20 | | 5.20 |

**Table 2 –** SW Alabama - Baldwin County

| Station Number | Station Name | Daily Precip Sum in. | Multi-Day Precip in. | Total Precip in. ▾ |
|---|---|---|---|---|
| AL-BW-35 | Orange Beach 1.3 E | 19.00 | 4.67 | 23.67 |
| AL-BW-45 | Silverhill 5.0 SW | 21.80 | | 21.80 |
| AL-BW-9 | Foley 0.5 ESE | 20.76 | | 20.76 |
| AL-BW-27 | Orange Beach 2.1 NE | 20.53 | | 20.53 |
| AL-BW-3 | Daphne 1.2 NNW | 16.47 | | 16.47 |
| AL-BW-32 | Fairhope 3.1 NNW | 16.13 | | 16.13 |
| AL-BW-40 | Fairhope 1.5 WSW | 15.51 | | 15.51 |
| AL-BW-65 | Silverhill 0.9 SSE | 15.47 | | 15.47 |
| AL-BW-68 | Spanish Fort 1.6 W | 15.45 | | 15.45 |
| AL-BW-13 | Fairhope 3.7 NNW | 14.29 | | 14.29 |
| AL-BW-4 | Daphne 0.4 SW | 14.23 | | 14.23 |
| AL-BW-1 | Fairhope 2.3 N | 14.12 | | 14.12 |
| AL-BW-60 | Daphne 1.5 SSW | 13.98 | | 13.98 |
| AL-BW-58 | Spanish Fort 1.2 NE | 13.83 | | 13.83 |
| AL-BW-36 | Daphne 4.2 NE | 13.81 | | 13.81 |
| AL-BW-26 | Loxley 0.4 SSW | 13.78 | | 13.78 |
| AL-BW-8 | Foley 7.4 SW | 13.47 | | 13.47 |
| AL-BW-41 | Fairhope 2.3 E | 13.44 | | 13.44 |
| AL-BW-31 | Foley 2.0 SSW | 13.17 | | 13.17 |
| AL-BW-20 | Summerdale 4.3 WSW | 13.03 | | 13.03 |
| AL-BW-53 | Elberta 3.1 SSW | 12.67 | | 12.67 |
| AL-BW-30 | Fairhope 3.5 E | 11.54 | | 11.54 |
| AL-BW-59 | Bay Minette 10.9 N | 5.98 | | 5.98 |

**Table 3 -** Northwestern Florida Panhandle - Escambia County

EXHIBIT D

5/5/2014

North Central Gulf Coast Historic Flash Flood Event -- 29-30 April 2014

| Station Number | Station Name | Daily Precip Sum in. | Multi-Day Precip in. | Total Precip in. ▾ |
|---|---|---|---|---|
| FL-ES-21 | Pensacola 9.2 NW | 19.56 | | 19.56 |
| FL-ES-4 | Gonzalez 2.5 NNW | 15.43 | | 15.43 |
| FL-ES-15 | Gonzalez 2.1 E | 13.22 | | 13.22 |
| FL-ES-1 | Pensacola 2.7 N | 12.00 | | 12.00 |
| FL-ES-10 | Pensacola 3.8 N | 12.00 | | 12.00 |

Table 4 - Northwestern Florida Panhandle - Santa Rosa County

| Station Number | Station Name | Daily Precip Sum in. | Multi-Day Precip in. | Total Precip in. ▾ |
|---|---|---|---|---|
| FL-SR-9 | Milton 10.9 SSW | 20.39 | | 20.39 |
| FL-SR-2 | Milton 1.4 NNE | 13.15 | | 13.15 |
| FL-SR-12 | Navarre 2.1 WNW | 12.78 | | 12.78 |
| FL-SR-17 | Milton 6.0 SW | 12.00 | | 12.00 |

Table 5 - Northwestern Florida Panhandle - Okaloosa County

| Station Number | Station Name | Daily Precip Sum in. | Multi-Day Precip in. | Total Precip in. ▾ |
|---|---|---|---|---|
| FL-OK-29 | Mary Esther 0.6 E | 14.15 | | 14.15 |
| FL-OK-33 | Destin 1.3 NW | 13.22 | | 13.22 |
| FL-OK-17 | Ocean City 1.3 NNW | 12.60 | | 12.60 |
| FL-OK-16 | Shalimar 1.0 N | 11.63 | | 11.63 |
| FL-OK-15 | Niceville 4.5 SE | 10.05 | | 10.05 |
| FL-OK-23 | Crestview 1.9 SE | 9.34 | | 9.34 |
| FL-OK-3 | Niceville 2.3 SE | 9.13 | | 9.13 |
| FL-OK-1 | Niceville 3.6 SE | 8.94 | | 8.94 |
| FL-OK-20 | Niceville 3.4 ESE | 8.90 | | 8.90 |
| FL-OK-2 | Eglin Afb 5.6 NE | 8.47 | | 8.47 |

Table 6 - Southeastern Mississippi -Wayne County

| Station Number | Station Name | Daily Precip Sum in. | Multi-Day Precip in. | Total Precip in. ▾ |
|---|---|---|---|---|
| MS-WY-2 | Waynesboro 5.4 WNW | 4.43 | | 4.43 |

Table 7 - Southeastern Mississippi -Stone County

| Station Number | Station Name | Daily Precip Sum in. | Multi-Day Precip in. | Total Precip in. ▾ |
|---|---|---|---|---|
| MS-ST-3 | Wiggins 5.8 E | 5.41 | | 5.41 |
| MS-ST-4 | Perkinston 1.7 NE | 4.15 | | 4.15 |
| MS-ST-6 | Perkinston 8.9 WNW | 2.90 | | 2.90 |
| MS-ST-5 | Wiggins 0.8 ESE | 2.68 | | 2.68 |

Table 8 - Southeastern Mississippi -George County

| Station Number | Station Name | Daily Precip Sum in. | Multi-Day Precip in. | Total Precip in. ▾ |
|---|---|---|---|---|
| MS-GG-2 | Lucedale 13.1 SE | 9.96 | | 9.96 |

*Disclaimer: The NWS in Mobile reserves the right to update this page as more information becomes available.*

EXHIBIT D

North Central Gulf Coast Historic Flash Flood Event – 29-30 April 2014

National Weather Service
Mobile/Pensacola Weather Forecast Office
8400 Airport Blvd Bldg 11
Mobile, AL 36608
251-633-6443
Page Author: MOB Webmaster
Web Master's E-mail: sr-mob.webmaster@noaa.gov
Page last modified: May 1st 2014 11:02 AM

Disclaimer
Credits
Glossary

Privacy Policy
About Us
Career Opportunities

EXHIBIT D

5/5/2014    webcache.googleusercontent.com/search?q=cache:tgSxYntlFflJ:alerts.weather.gov/cap/wwacapget.php%3Fx%3DAL12514F1E82E8.FlashFloodWatch.12...

This is Google's cache of http://alerts.weather.gov/cap/wwacapget.php?
x=AL12514F1E82E8.FlashFloodWatch.12514F2ED440AL.MOBFFAMOB.054fb4f048e6e43b0f06a32756ff974c. It
is a snapshot of the page as it appeared on Apr 29, 2014 07:17:11 GMT. The current page could have changed
in the meantime. Learn more
Tip: To quickly find your search term on this page, press **Ctrl+F** or ⌘-**F** (Mac) and use the find bar.

Text-only version

NOAA-NWS-ALERTS-
AL12514F1E82E8.FlashFloodWatch.12514F2ED440AL.MOBFFAMOB.054fb4f048e6e43b0f06a32756ff974c
w-nws.webmaster@noaa.gov 2014-04-29T00:06:00-05:00 Actual Alert Public Alert for Butler; Choctaw;
Clarke; Conecuh; Covington; Crenshaw; Escambia; Lower Baldwin; Lower Mobile; Monroe; Upper Baldwin;
Upper Mobile; Washington; Wilcox (Alabama) Issued by the National Weather Service Met Flash Flood Watch
Expected Severe Possible SAME FFA 2014-04-29T00:06:00-05:00 2014-04-30T07:00:00-05:00 NWS
Mobile (Mobile - Pensacola) Flash Flood Watch issued April 29 at 12:06AM CDT until April 30 at 7:00AM
CDT by NWS Mobile ...FLASH FLOOD WATCH REMAINS IN EFFECT THROUGH WEDNESDAY
MORNING... .A LARGE LOW PRESSURE SYSTEM OVER THE CENTRAL PLAINS WILL MAINTAIN
A WARM...MOIST AND UNSTABLE ENVIRONMENT OVER THE GULF COAST THROUGH EARLY
WEDNESDAY MORNING. THE PASSAGE OF A SERIES OF UPPER LEVEL DISTURBANCES IS
FORECAST. THE FIRST WILL BRING ORGANIZED SHOWERS AND THUNDERSTORMS
CONTAINING HEAVY RAINFALL EASTWARD ACROSS THE AREA TONIGHT. ANOTHER UPPER
LEVEL DISTURBANCE WILL SPREAD EASTWARD OUT OF TEXAS ON TUESDAY. THIS SYSTEM
WHEN COMBINED WITH A SLOW EASTWARD MOVING COLD FRONT WILL INTERACT WITH
DEEP GULF MOISTURE FAVORING MORE HEAVY RAINS TUESDAY INTO TUESDAY NIGHT.
MUCH OF THE CENTRAL GULF COAST HAS SEEN 200 TO 600 PERCENT OF NORMAL RAINFALL
FOR APRIL AND ADDITIONAL HEAVY RAINS ON RAIN SOAKED GROUND WILL LIKELY LEAD
TO FLOODING PROBLEMS. ...FLASH FLOOD WATCH REMAINS IN EFFECT THROUGH
WEDNESDAY MORNING... THE FLASH FLOOD WATCH CONTINUES FOR * PORTIONS OF
ALABAMA...NORTHWEST FLORIDA AND SOUTHEAST MISSISSIPPI...INCLUDING THE
FOLLOWING AREAS...IN ALABAMA...
BUTLER...CHOCTAW...CLARKE...CONECUH...COVINGTON...CRENSHAW... ESCAMBIA...LOWER
BALDWIN...LOWER MOBILE...MONROE...UPPER BALDWIN...UPPER MOBILE...WASHINGTON
AND WILCOX. IN NORTHWEST FLORIDA...COASTAL ESCAMBIA...COASTAL
OKALOOSA...COASTAL SANTA ROSA...INLAND ESCAMBIA...INLAND OKALOOSA AND
INLAND SANTA ROSA. IN SOUTHEAST MISSISSIPPI...GEORGE...GREENE...PERRY... STONE AND
WAYNE. * THROUGH WEDNESDAY MORNING * 2 TO 4 INCHES OF ADDITIONAL RAINFALL IS
FORECAST OVER THE CENTRAL GULF COAST. AMOUNTS CAN BE EASILY DOUBLED IN THE
CASE OF STORMS MOVING REPEATEDLY OVER THE SAME AREAS. THERE IS A MODERATE
RISK THAT RAINS WILL EXCEED FLASH FLOOD GUIDANCE THROUGH THE PERIOD. * WITH
THE SOIL MOISTURE LEVELS REMAINING HIGH FROM EXCESSIVE RAINFALL AS THE RESULT
OF THE PASSAGE OF RECENT WEATHER SYSTEMS THIS MONTH...THE RISK OF FLOODING IS
ELEVATED. A FLASH FLOOD WATCH MEANS THAT CONDITIONS MAY DEVELOP THAT LEAD
TO FLASH FLOODING. FLASH FLOODING IS A VERY DANGEROUS SITUATION. YOU SHOULD
MONITOR LATER FORECASTS AND BE PREPARED TO TAKE ACTION SHOULD FLASH FLOOD
WARNINGS BE ISSUED. WMOHEADER UGC ALZ051>064-FLZ001>006-MSZ067-075-076-078-079
VTEC /O.CON.KMOB.FF.A.0007.000000T0000Z-140430T1200Z/

EXHIBIT D

5/5/2014    webcache.googleusercontent.com/search?q=cache:tgSxYntlFflJ:alerts.weather.gov/cap/wwacapget.php%3Fx%3DAL12514F1E82E8.FlashFloodWatch.12...

/00000.0.ER.000000T0000Z.000000T0000Z.000000T0000Z.OO/ TIME...MOT...LOC Butler; Choctaw; Clarke; Conecuh; Covington; Crenshaw; Escambia; Lower Baldwin; Lower Mobile; Monroe; Upper Baldwin; Upper Mobile; Washington; Wilcox FIPS6 001003 FIPS6 001013 FIPS6 001023 FIPS6 001025 FIPS6 001035 FIPS6 001039 FIPS6 001041 FIPS6 001053 FIPS6 001097 FIPS6 001099 FIPS6 001129 FIPS6 001131 UGC ALZ051 UGC ALZ052 UGC ALZ053 UGC ALZ054 UGC ALZ055 UGC ALZ056 UGC ALZ057 UGC ALZ058 UGC ALZ059 UGC ALZ060 UGC ALZ061 UGC ALZ062 UGC ALZ063 UGC ALZ064

EXHIBIT D

5/5/2014   webcache.googleusercontent.com/search?q=cache:fmSHShOKZ20J:alerts.weather.gov/cap/wwacapget.php%3Fx%3DMS12514F2D8BBC.FlashFloodWa...

This is Google's cache of http://alerts.weather.gov/cap/wwacapget.php?
x=MS12514F2D8BBC.FlashFloodWatch.12514F2ED440MS.MOBFFAMOB.aa5b978c8b949083804682c27776d2e3. It
is a snapshot of the page as it appeared on Apr 30, 2014 05:40:41 GMT. The current page could have changed in the
meantime. Learn more
Tip: To quickly find your search term on this page, press **Ctrl+F** or **⌘-F** (Mac) and use the find bar.

Text-only version

NOAA-NWS-ALERTS-
MS12514F2D8BBC.FlashFloodWatch.12514F2ED440MS.MOBFFAMOB.aa5b978c8b949083804682c27776d2e3
w-nws.webmaster@noaa.gov 2014-04-29T22:59:00-05:00 Actual Alert Public Alert for George; Greene; Perry;
Stone; Wayne (Mississippi) Issued by the National Weather Service Met Flash Flood Watch Expected Severe Possible
SAME FFA 2014-04-29T22:59:00-05:00 2014-04-30T07:00:00-05:00 NWS Mobile (Mobile - Pensacola) Flash
Flood Watch issued April 29 at 10:59PM CDT until April 30 at 7:00AM CDT by NWS Mobile ...FLASH FLOOD
WATCH REMAINS IN EFFECT THROUGH WEDNESDAY MORNING... ...ANOTHER UPPER LEVEL
DISTURBANCE WILL SPREAD EASTWARD OUT OF TEXAS OVERNIGHT. THIS SYSTEM WHEN
COMBINED WITH A SLOW EASTWARD MOVING COLD FRONT WILL INTERACT WITH DEEP GULF
MOISTURE FAVORING MORE HEAVY RAINS THROUGH TONIGHT. MUCH OF THE CENTRAL GULF
COAST HAS SEEN 200 TO 600 PERCENT OF NORMAL RAINFALL FOR APRIL AND ADDITIONAL
HEAVY RAINS ON RAIN SOAKED GROUND WILL LEAD TO FLOODING PROBLEMS. ...FLASH FLOOD
WATCH REMAINS IN EFFECT UNTIL 7 AM CDT WEDNESDAY... THE FLASH FLOOD WATCH
CONTINUES FOR * PORTIONS OF ALABAMA...NORTHWEST FLORIDA AND SOUTHEAST
MISSISSIPPI...INCLUDING THE FOLLOWING AREAS...IN ALABAMA...
BUTLER...CHOCTAW...CLARKE...CONECUH...COVINGTON...CRENSHAW... ESCAMBIA...LOWER
BALDWIN...LOWER MOBILE...MONROE...UPPER BALDWIN...UPPER MOBILE...WASHINGTON AND
WILCOX. IN NORTHWEST FLORIDA...COASTAL ESCAMBIA...COASTAL OKALOOSA...COASTAL
SANTA ROSA...INLAND ESCAMBIA...INLAND OKALOOSA AND INLAND SANTA ROSA. IN
SOUTHEAST MISSISSIPPI...GEORGE...GREENE...PERRY... STONE AND WAYNE. * UNTIL 7 AM CDT
WEDNESDAY * 2 TO 4 INCHES OF ADDITIONAL RAINFALL IS FORECAST OVER MUCH OF THE
REGION OVERNIGHT...ESPECIALLY ALONG AND AROUND THE INTERSTATE 10 CORRIDOR AND
OVER THE COASTAL SECTIONS OF ALABAMA AND NORTHWEST FLORIDA. TRAINING OF STORMS
MAY NOT PROVIDE ANY BREAKS AND WORSEN THE FLOODING SITUATION. * SEVERAL
LOCATIONS ACROSS FLORIDA PANHANDLE AND EXTREME SOUTHWEST ALABAMA AROUND
MOBILE BAY RECEIVED 5 TO 11 INCHES TODAY AND THIS EVENING. THE EXPECTED ADDITIONAL
HEAVY RAINFALL WILL LEAD TO MORE FLOODING ISSUES...INCLUDING INSTANCES OF FLASH
FLOODING. SIGNIFICANT RISES ON SOME AREA RIVERS IS ALSO LIKELY. A FLASH FLOOD
WATCH MEANS THAT CONDITIONS MAY DEVELOP THAT LEAD TO FLASH FLOODING. FLASH
FLOODING IS A VERY DANGEROUS SITUATION. YOU SHOULD MONITOR LATER FORECASTS AND
BE PREPARED TO TAKE ACTION SHOULD FLASH FLOOD WARNINGS BE ISSUED. WMOHEADER
UGC ALZ051>064-FLZ001>006-MSZ067-075-076-078-079 VTEC
/O.CON.KMOB.FF.A.0007.000000T0000Z-140430T1200Z/
/00000.0.ER.000000T0000Z.000000T0000Z.000000T0000Z.OO/ TIME...MOT...LOC George; Greene; Perry;
Stone; Wayne FIPS6 028039 FIPS6 028041 FIPS6 028111 FIPS6 028131 FIPS6 028153 UGC MSZ067 UGC
MSZ075 UGC MSZ076 UGC MSZ078 UGC MSZ079

EXHIBIT D

 FEMA

# Florida Severe Storms, Tornadoes, Straight-line Winds, and Flooding (DR-4177)

*Incident period: April 28, 2014 to May 6, 2014*

Major Disaster Declaration declared on May 6, 2014



Survivors in Okaloosa, Escambia, Santa Rosa and Walton counties whose homes were damaged during the recent storms, tornadoes and flooding in the Florida Panhandle are now eligible to apply for Individual Assistance from the Federal Emergency Management Agency.

Survivors can register online at DisasterAssistance.gov or via smartphone at m.fema.gov. Applicants may also call 800-621-3362 or (TTY) 800-462-7585. The toll-free telephone numbers will operate from 7 a.m. to 10 p.m. local time, seven days a week. Multilingual operators are available.

EXHIBIT D

## Updates and Articles, Blogs, and News Releases

July 3, 2014

News Release

Disaster Assistance for Florida Reaches More than $65 Million in 60 Days

PENSACOLA, Fla. – Sixty days after a violent storm system brought massive flooding to Northwest Florida, $66.5 million in disaster assistance has been approved to help homeowners, renters and business owners recover. Residents affected by the storms and flooding from April 28 to May 6 in Escambia, Jackson, Okaloosa, Santa Rosa and Walton counties have until Monday, July 21, to register for disaster assistance with the Federal Emergency Management Agency.

July 3, 2014

News Release

FEMA Registration Deadline Extended for Disaster Survivors in Florida

PENSACOLA, Fla. – At the request of the state of Florida, the Federal Emergency Management Agency has approved a 14-day extension for storm and flood survivors to register for disaster assistance. The deadline to register is now Monday, July 21. Residents affected by the storms and flooding from April 28 to May 6 can register online at DisasterAssistance.gov or on a smartphone at m.fema.gov.

June 23, 2014

News Release

Florida Survivors Have Two Weeks Left to Apply for Disaster Assistance

PENSACOLA, Fla. – Just two weeks remain for storm and flood survivors in Florida to apply for disaster assistance with the Federal Emergency Management Agency. The deadline to register is Monday, July 7. Survivors in Escambia, Jackson, Okaloosa, Santa Rosa and Walton counties are eligible to apply for disaster assistance that may include money to help pay for temporary housing, essential home repairs or other serious disaster-related expenses.

June 19, 2014

News Release

FEMA Mitigation Specialists Available at Home Depot and Lowe's

PENSACOLA, Fla. – Are you repairing or rebuilding damaged property? Have questions about flood insurance? Want to protect your property from potential loss or damage from future disasters? Federal Emergency Management Agency mitigation specialists will be available at three home improvement stores in the area to provide information on rebuilding safer and smarter.  Specialists will be available at the following Home Depot stores through noon on June 26.

EXHIBIT D

**June 19, 2014**

News Release

Pensacola Recovery Center Transitions to SBA Loan Outreach Center on Monday

PENSACOLA, Fla. – The State/FEMA disaster recovery center located at the Brownsville Community Center is transitioning on Monday, June 23, to a U.S. Small Business Administration disaster loan outreach center. Survivors will still be able to obtain disaster-related information after the center transitions.

**June 16, 2014**

News Release

Two Disaster Recovery Centers Closing, But Assistance Is Still Available

PENSACOLA, Fla. – Survivors have until 6 p.m. Tuesday, June 17, 2014, to visit two joint state/federal disaster recovery centers in Okaloosa and Walton counties, but assistance is still available and only a phone call away. It is not necessary for those affected by the disaster to visit a center in order to register for or receive disaster assistance. In fact, people with storm-related losses are encouraged to register with FEMA before visiting a center.

**1** 2  3  4  5  6  7                                                            view all

**Related Links**

Florida State Emergency Response Team

Florida Office of the Governor

**State/Tribal Government:** Florida

**Geographic Information**

EXHIBIT D

7/14/2014                Florida Severe Storms, Tornadoes, Straight-line Winds, and Flooding | FEMA.gov



EXHIBIT D

4/5

Google          PDF of Map      FEMA Data
Earth                            Feeds

## Financial Assistance to Help Families and Communities Recover

| Individual | Public | Definitions |
|---|---|---|
| Assistance | Assistance | |

Total Individual Assistance (IA)
Applications Approved:

**6,774**

Total Individual & Households Program
Dollars Approved*

**$32,750,883.33**

Total Housing Assistance
Dollars Approved*

**$27,140,977.82**

Total Other Needs Assistance
Dollars Approved*

**$5,609,905.51**

Last Updated:

**Fri, 07/11/2014 - 03:26**

Updated daily

Share This Widget

EXHIBIT D

3875  Airways  Boulevard
Memphis,  TN  38116-4634
Telephone   800.453.3339
Fax 901.345.6373



**VIA ELECTRONIC MAIL**
PAULSTAGNER@GLOBALMILITARYMARKETING.COM

May 5, 2014

Mr. Paul Stagner
Global Military Marketing
1288 Country Club Road
Gulf Breeze, FL 32563-1403

Dear Mr. Stagner:

I have been asked to inform you of the circumstances surrounding your shipment to the
Defense Commissary Agency's Resale Contracting Directorate in Petersburg, VA, which
traveled under package tracking number 875395575743. You have advised that this
contained a bid proposal.

Our records confirm that this package was tendered to FedEx on April 29, 2014 with the
expectation of delivery prior to 10:30 A.M. on April 30. These records indicate, however, that
this package was not delivered on April 30 as expected due to severe weather conditions at
our Mobile, AL ramp facility on the evening of April 29 and the morning of April 30, resulting in
delays.

Delivery was completed as quickly as possible on May 1 at 9:40 A.M., signed for by
"S.POOLE" in the recipient's mailroom. I am hopeful that this letter will prevent any
negative reflection upon your on-time efforts.

I am certain that you will understand that weather is beyond the control of FedEx or any other
carrier.

We regret any difficulties that this situation has caused, and we appreciate serving your
express shipping needs.

Respectfully,

Steve Steffens
Customer Correspondent
Executive Services Group

ss/577962



**DEFENSE COMMISSARY AGENCY**
**HEADQUARTERS**
**1300 E AVENUE**
**FORT LEE, VIRGINIA  23801-1800**

May 28, 2014

Mr. George R. Mead II
Ninth Floor, SunTrust Tower
220 West Garden Street
Pensacola, FL 32502

   Re: Protest before Award on Solicitation HDEC02-13-R-0004 of Global Military
Marketing, Inc.

Dear Mr. Mead:

   This letter is in response to the agency protest of your client, Global Military Marketing,
Inc. (GMM), wherein Protestor protests the government's decision not to consider its proposal
because it was delivered to the Defense Commissary Agency approximately 40 minutes late.
There is no dispute on this fact.

   Protestor's primary claim is that "extreme weather" caused the delay in the delivery of
its proposal. *Protest p.4.*  In support of that claim, Protestor states that the extreme weather
resulted in a "declared weather emergency" by the governor of Florida and the President of the
United States. Protestor specifically claims that the brief amount of delay in the delivery of the
first received response to the solicitation is not prejudicial to any of the other bidders. *Protest
p.4.* Protestor states that "[t]this delay was not caused by "commercial means." FedEx did not
cause the delay, extreme weather did." *Id.*  The final claim by Protestor was that the contracting
officer has two complete copies of Global' s proposal – both forwarded and out of their control
before the deadline. *Protest p.5.*

   The proposals were due at 3P.M. on April 30, 2014.  As early as April 25, 2014, the
National Oceanic and Atmospheric Administration (NOAA) predicted that a "multi-day severe
episode should continue into at least Tuesday [April 29, 2014] from the OH Valley to the Cntrl
Gulf Coast. Potential exists for a severe weather outbreak including strong tornadoes..."
*Agency Ex. 1.*  On April 26, 2014, NOAA predicted that this "organized severe potential is
evident from parts of the Cntrl Appalachians and mid-Atlantic SWD to the Southeast." *Ag. Ex.
2.* On April 27, 2014, NOAA predicted the system would continue "east-southeastward across
the region". *Ag. Ex. 3.*  The weather model for April 27 and 28 predicted that the weather
system would affect nearly all of the state of Florida.  *Id.*  The extreme weather system did not
develop overnight and was forecasted.

   The due date for proposals under solicitation HDEC02-13-R-0004 was changed 5 times,
by Amendment.  The final Amendment, 0006, dated April 22, 2014 extended the due date for

receipt of proposals to April 30, 2014 at 3:00 P.M.,. The following chronology shows the effective date of the solicitation, each Amendment and the corresponding proposal due date:

| | |
|---|---|
| Solicitation, January 21, 2014 | 03:00 PM March 4, 2014 |
| Amendment 0002, February 26, 2014 | 03:00 PM March 11, 2014 |
| Amendment 0003, March 6, 2014 | 03:00 PM March 27, 2014 |
| Amendment 0004, March 25, 2014 | 03:00 PM April 18, 2014 |
| Amendment 0005, April 16, 2014 | 03:00 PM April 25, 2014 |
| Amendment 0006, April 22, 2014 | 03:00 PM April 30, 2014 |

Addendum to FAR 52.212-1 Instructions to Offerors – Commercial Items, para 4(d) provides that ...Delays caused by commercial means such as airlines, express carriers such as Federal Express, United Parcel Service, etc. or municipal difficulties such as black-outs, are not excusable. *Ensure enough time is allowed for the proposal to arrive on time.*

The solicitation incorporated by reference Federal Acquisition Regulation (FAR) clause 52.212-1, which provides, among other things, that proposals received at the government office designated in the solicitation after the exact time specified for receipt of offers will be viewed as "late" and will not be considered, except in certain circumstances. FAR § 52.212-1(f). The late proposal rules include limited exceptions under which late proposals may be considered, including, as discussed below, when a proposal is found to have been received at the designated government installation and was *under the agency's control* at the time set for receipt of proposal. Id. FAR § 52.215-1(f)(2)(i). The clause also includes language covering emergencies or unanticipated event which interrupts normal Government process. FAR § 52.215-1(f)(4). Neither exception is applicable here. The package was not *under the agency's control* at the time set for receipt of proposal and the facts do not meet the specified emergency.

## LEGAL ANALYSIS

It is an offeror's responsibility to deliver its proposal to the proper place at the proper time. FAR § 15.208 (a). According to Protestor, the initial proposal package was tendered to FedEx on April 29, 2014. On April 30, 2014, the proposal due date, a delay in delivery was noted by Protestor. A substitute package was hand carried to the designated location and arrived 40 minutes late.

Protestor argues that the bid arrived after the designated time because of a severe storm system over the state of Florida on April 30, 2014 which ultimately resulted in a declared State of Emergency for the state of Florida. Protestor further states that the President declared Florida a disaster area because of the "severe storms, tornadoes, straight-line winds and flooding from April 28 to May 6, 2014.

The proposal was late because of Protestor's failure to factor the impending severe storm into its delivery schedule. As early as April 25, 2014, NOAA predicted that the severe weather system over the central United States was headed eastward to the Carolinas, Georgia and Florida. Subsequent NOAA updates established that the system was staying on the predicted

path for the Florida region.   On April 27, 2014, NOAA predicted the system would continue "east-southeastward across the region" to include nearly the entire state of Florida.

Thus, the extreme weather system which Protestor blames for the late delivery did not develop overnight.  Such systems are unlike earthquakes and volcanic eruptions which may occur without warning, leaving no time to plan or prepare.  In this case, there was sufficient time to plan for the possibility that the impending forecasted weather system might affect delivery of important documents.  Protestor did not heed those warnings and continued with business as usual.  The package was provided by GMM to Federal Expresson April 29 despite the aforementioned forecast. Therefore Protestor's claim that "extreme weather" caused the delay is misplaced.  It was protestor's failure to factor the predicted weather system into his equation.

Protestor noticed that the package would not arrive on April 30 and then began to make alternate arrangements.  (The FedEx package arrived May 1.  The solicitation specifically states that commercial delays caused by FedEx are not excusable.)  The secondary arrangement delivered the proposal 40 minutes late on April 30, 2014.

Further, the due date for proposal submission was changed five times from the original March 4, 2014 due date to the final due date of April 30, 2014.  Each new date provided an extended time period for proposal preparation, submission, and timely delivery.  The late delivery resulted because the Protestor did not factor the impending storm into its delivery time even though the proposal was already prepared.  These decisions caused the delay.

Protestor further states that it made diligent good faith efforts to make timely delivery, and its delay in delivery was only minor and not prejudicial to any party.  *Protest p.3.*  Thus Protestor contends that its bid should not be rejected as late because the delay was caused by a *force majeure* or an act of God in contract settings, which excuses or suspends the duty of certain performance, and chiefly, allows for unanticipated delays in performance.  *Protest p.4.* A force majeure or an act of God is also not applicable here.  In this case, the severe weather was not a surprise nor unexpected.  The weather system was predicted and reasonably anticipated.

Under negotiated procurements, the FAR provides generally that a proposal received after the time set for receipt shall not be considered. FAR §15.208(b)(1). The GAO has long held that the late proposal rule alleviates confusion, ensures equal treatment of offerors, and prevents one offeror from obtaining a competitive advantage as a result of being permitted to submit a proposal later than the deadline set for all competitors.  *NCI Information Systems, Inc., B-405745, December 14, 2011.*

In this case, the solicitation incorporated by reference FAR clause 52.212-1, which provides, among other things, that proposals received at the government office designated in the solicitation after the exact time specified for receipt of offers will be viewed as "late" and will not be considered, except in certain circumstances. *FAR clause 52.212-1(f).*  The late proposal rules include limited exceptions under which late proposals may be considered, including, as discussed below, when a proposal is found to have been received at the designated government installation and was under the agency's control at the time set for receipt of proposal.  Or if an emergency or unanticipated event interrupts normal Government process.  Neither exception

applies to the facts in this case because the package was hand-carried. A hand carried proposal delivered to an agency after the designated time is late and can only be considered for award if it is shown that some government impropriety during or after receipt by the government was the sole or paramount cause of the late arrival at the designated place. *Infrastructure & Env't., Inc.,* B-294057, B-294057.2, July 29, 2004. That is not the case here. Additionally, there was no interruption to Government processes.

FAR § 14.402-3 gives the contracting officer discretion to postpone opening if she believes that the bids of an important segment of bidders have been delayed in the mail for causes, such as weather, that are beyond bidder's control. This section is also inapplicable because a "segment of bidders" was not affected by the weather. Therefore, Protestor's request for an extension of the bid delivery date was not granted. GAO holds that accepting a late bid or proposal without advising other competitors of a new opening date would tend to subvert the integrity of the system. *Nikon Inc., B-211047, April 1, 1983.*

The late proposal rules are aimed at ensuring equal treatment of all offerors, and promoting confidence in the competitive system, thereby protecting the integrity of the procurement process. The Protest is denied.

Lastly, your client's proposal was neither opened nor evaluated; therefore, Global Military Marketing is not entitled to a pre-award debriefing.

Sincerely,

COOPER.KIMBERLY.A.
1229658227

Digitally signed by COOPER.KIMBERLY.A.1229658227
DN: c=US, o=U.S. Government, ou=DoD, ou=PKI,
ou=DECA, cn=COOPER.KIMBERLY.A.1229658227
Date: 2014.05.28 15:24:41 -04'00'

Kimberly A. Cooper
Contracting Officer



4/27

Agency Exhibit 3-1



4/27

Agency Exhibit _3-2_

EXHIBIT F

SPC AC 270730

DAY 3 CONVECTIVE OUTLOOK
NWS STORM PREDICTION CENTER NORMAN OK
0230 AM CDT SUN APR 27 2014

VALID 291200Z - 301200Z

...THERE IS A SLGT RISK OF SVR TSTMS ACROSS THE CENTRAL GULF
COAST/SOUTHEAST STATES...

...SUMMARY...
SEVERE THUNDERSTORMS WILL BE POSSIBLE ON TUESDAY ESPECIALLY ACROSS
PARTS OF THE GULF COAST REGION AND SOUTHEAST UNITED STATES.

...GULF COAST/SOUTHEAST STATES...
THE EXTENSIVE LONGWAVE TROUGH/CYCLONE WILL CONTINUE TO SHIFT SLOWLY
EASTWARD OVER THE MIDWEST ON TUESDAY...WITH AMPLE FORCING AND STRONG
MID/HIGH-LEVEL WINDS CONTINUING TO OVERSPREAD A WARM/MOIST SECTOR
ACROSS A RELATIVELY BROAD PORTION OF THE CENTRAL GULF COAST TO
SOUTHEAST STATES/CAROLINAS. THE PRIMARY FACTOR/UNCERTAINTY AGAINST A
HIGHER-CALIBER SEVERE DELINEATION...SUCH AS A CATEGORICAL MODERATE
RISK...IS THE POSSIBLE ISSUE OF EXTENSIVE EARLY DAY
CONVECTION/POTENTIAL OUTFLOW ACROSS AREAS SUCH AS MS/AL. EVEN
SO...AN APPRECIABLE SEVERE POTENTIAL SEEMS LIKELY TUESDAY AS STORMS
EITHER PERSIST EAST-SOUTHEASTWARD ACROSS THE REGION AND/OR REDEVELOP
FARTHER WEST NEAR THE COLD FRONT TUESDAY AFTERNOON/EVENING. IN AREAS
VOID OF EXTENSIVE EARLY DAY OUTFLOW...OR AT LEAST WHERE RECOVERY CAN
OCCUR...MODERATE DESTABILIZATION COINCIDENT WITH 40+ KT EFFECTIVE
SHEAR WILL SUPPORT A COMBINATION OF SUPERCELLS AND LINEAR
SEGMENTS/BOWS CAPABLE OF DAMAGING WINDS AND SOME TORNADOES.

...MIDWEST...
STRONG/POTENTIALLY SEVERE LOW-TOPPED STORMS CAPABLE OF SEVERE HAIL
AND PERHAPS A TORNADO OR TWO WILL BE POSSIBLE ACROSS THE REGION
MAINLY TUESDAY AFTERNOON/EARLY EVENING.

..GUYER.. 04/27/2014

CLICK TO GET WUUS03 PTSDY3 PRODUCT

NOTE: THE NEXT DAY 3 OUTLOOK IS SCHEDULED BY 0730Z

Agency Exhibit ___3-3___



4/26

SPC AC 270730

DAY 3 CONVECTIVE OUTLOOK
NWS STORM PREDICTION CENTER NORMAN OK
0230 AM CDT SUN APR 27 2014

VALID 291200Z - 301200Z

...THERE IS A SLGT RISK OF SVR TSTMS ACROSS THE CENTRAL GULF
COAST/SOUTHEAST STATES...

ZCZC SPCSWOD48 ALL
  ACUS48 KWNS 260850
  SPC AC 260850

DAY 4-8 CONVECTIVE OUTLOOK
NWS STORM PREDICTION CENTER NORMAN OK
0350 AM CDT SAT APR 26 2014

VALID 291200Z - 041200Z

...DISCUSSION...
THE MULTI-DAY SEVERE WEATHER EPISODE ASSOCIATED WITH THE PERSISTENT
UPPER-LEVEL TROUGH OVER THE CNTRL CONUS SHOULD CONTINUE INTO D4/TUE
AS THE LAST IN A SERIES OF INTENSE MID-LEVEL SPEED MAXIMA EJECTS
THROUGH THE BASE OF THE TROUGH. THIS SHOULD RESULT IN STRONG
KINEMATIC FIELDS OVERSPREADING A GULF WARM SECTOR CHARACTERIZED BY
60S SURFACE DEW POINTS. THE BREADTH OF THE WARM SECTOR WILL PROBABLY
BE CONFINED BY WIDESPREAD ANTECEDENT CONVECTION ON D3.
HOWEVER...GUIDANCE IS FAIRLY CONSISTENT WITH DIURNAL DESTABILIZATION
OCCURRING AHEAD OF THE PACIFIC COLD FRONT/EFFECTIVE DRYLINE. THE
CAPE/SHEAR COMBINATION APPEARS FAVORABLE FOR HIGHER-END SEVERE RISK
FOCUSED FROM THE CNTRL OH VALLEY TO THE CNTRL GULF COAST.

OVERALL KINEMATIC FIELDS SHOULD BE IN A WEAKENING STATE ON D5/WED
AND BECOME INCREASINGLY DISPLACED FROM GREATER BUOYANCY AS THE FRONT
ACCELERATES EWD. NEVERTHELESS...ORGANIZED SEVERE POTENTIAL IS
EVIDENT FROM PARTS OF THE CNTRL APPALACHIANS AND MID-ATLANTIC SWD TO
THE SOUTHEAST...LIKELY YIELDING EVENTUAL SLIGHT RISK DELINEATION.

..GRAMS.. 04/26/2014

CLICK TO GET WUUS48 PTSD48 PRODUCT

Agency Exhibit _2-2_



4/25

ZCZC SPCSWOD48 ALL
   ACUS48 KWNS 250851
   SPC AC 250851

DAY 4-8 CONVECTIVE OUTLOOK
NWS STORM PREDICTION CENTER NORMAN OK
0351 AM CDT FRI APR 25 2014

VALID 281200Z - 031200Z

...DISCUSSION...
...MULTI-DAY SEVERE EPISODE SHOULD CONTINUE INTO AT LEAST TUESDAY
FROM THE OH VALLEY TO THE CNTRL GULF COAST. POTENTIAL EXISTS FOR A
SEVERE WEATHER OUTBREAK INCLUDING STRONG TORNADOES...

ACTIVE SEVERE WEATHER PATTERN WILL PERSIST WITH A BROAD UPPER-LEVEL
TROUGH CENTERED OVER THE CNTRL CONUS. ECMWF/GFS/UKMET/CMC ARE RATHER
CONSISTENT WITH THE EVOLUTION OF INTENSE MID-LEVEL SPEED MAXIMA
ROTATING THROUGH THE BASE OF THE TROUGH INTO D5/TUE. THESE WINDS
WILL OVERSPREAD PARTS OF A BROAD WARM/MOIST SECTOR CHARACTERIZED BY
60S SURFACE DEW POINTS. DESPITE MULTIPLE DAYS OF EXTENSIVE WARM
SECTOR CONVECTION...DIURNAL HEATING COUPLED WITH W/SWLYS IN THE
MID-LEVELS SHOULD RECHARGE/STEEPEN LAPSE RATES...POTENTIALLY
YIELDING MODERATE TO STRONG INSTABILITY EACH AFTERNOON. OF THE TWO
DAYS HIGHLIGHTED...D5/TUE APPEARS TO HAVE SLIGHTLY GREATER OUTBREAK
POTENTIAL WITH A 90+ KT 500-MB JET EJECTING OUT OF THE BASE OF THE
TROUGH.

..GRAMS.. 04/25/2014

CLICK TO GET WUUS48 PTSD48 PRODUCT

Agency Exhibit __1-2__